UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL E. HAWKINS, | ) | Case No.: 1:03 CV 2349 |
| | ) | |
| Petitioner | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent | ) | <u>JUDGMENT ENTRY</u> |

Having dismissed Petitioner Michael E. Hawkins' Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2255 (ECF No. 1) in an Order dated July 6, 2007 (Order, ECF No. 22) and an Order of the same date of this Judgment Entry (Order, ECF No. 26), the court hereby enters judgment for the Respondent and against the Petitioner.

IT IS SO ORDERED.

<u>/s/ SOLOMON OLIVER, JR.</u>
UNITED STATES DISTRICT JUDGE

August 30, 2007